UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOSEPH CRAIG SMITH,                                                                           CASE NO. 09-51235-NPO

DEBTOR.                                                                                                    CHAPTER 7

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Vanderbilt Mortgage and Finance, Inc.(Dkt. #18) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

**Dated:** August 7, 2009

_____
Neil P. Olack
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0538-1          User: bharkins             Page 1 of 1          Date Rcvd: Aug 07, 2009
Case: 09-51235                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Aug 09, 2009.
db           +Joseph Craig Smith, Sr.,   831 Churchwell Road,   Hattiesburg, MS 39401-9296

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2009**          **Signature:** _Joseph Speetjens_